# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>LEONARD DAVID VILLA, JR.,<br><br>Defendant. | CR 11-63-GF-BMM<br><br>**ORDER** |

This case was referred to United States Magistrate Judge Keith Strong for a revocation hearing and findings and recommendations. Judge Strong entered his findings and recommendations on December 11, 2014. Defendant admitted he had violated Standard Condition 3 by failing to follow the instructions of his probation officer, and he had violated Special Condition 2 by failing to attend chemical dependency group meetings. Judge Strong found the admissions sufficient to establish the supervised release violations. He recommended that this Court revoke Defendant's supervised release and commit him to the custody of the United States Bureau of Prisons for a term of imprisonment of 6 months, with 22 months of supervised release to follow.

No objections were filed by either party. Judge Strong's findings and

recommendations are therefore reviewed for clear error. *McDonnell Douglas Corp. Commodore Bus. Mach, Inc.,* 656 F.2d 1309, 1319 (9th Cir. 1981).

This Court agrees with Judge Strong's findings. Defendant admitted that he violated Standard Condition 3 and Special Condition 2. Defendant could be incarcerated for up to 24 months, followed by 28 months of supervised release, less any custodial time imposed. The United States Sentencing Guidelines call for a term of imprisonment of 4 to 10 months. A sentence of 6 months in custody is appropriate because Defendant previously violated the terms of his supervised release by using methamphetamine. A lengthy period of supervision is appropriate because it will provide Defendant the support and structure needed to address his drug abuse problem.

IT IS ORDERED that Judge Strong's Findings and Recommendations (Doc. 86) are ADOPTED in full and Judgment shall be entered accordingly.

DATED this 6th day of January, 2015.

Brian Morris
United States District Court Judge